UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 26-1515-DMG (MAAx)** | | Date | April 20, 2026 |
|---|---|---|---|---|

| Title | ***Reza Veiseh v. State Farm Fire And Casualty Company*** | | Page | 1 of 1 |
|---|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On March 12, 2026, the Court set a Scheduling Conference. [Doc. # 17.]  As required by that Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel for each party (including any *pro se* party, such as Plaintiff Reza Veiseh) had to collaborate, prepare, and file a **Joint** Rule 26(f) Report, attaching a worksheet [Exhibit A, Doc. # 17 at 6].  The parties' joint report was due April 17, 2026.

The report filed on April 17, 2026, however, is unilateral.  Plaintiff did not participate in preparing it.  Defendant State Farm General Insurance Company states that it has made multiple attempts to reach Plaintiff by phone and physical mail but has been unsuccessful.  [Doc. # 20 at 1.]  Accordingly, the Court **VACATES** the scheduling conference scheduled for May 1, 2026, to be rescheduled if necessary.

**IT IS HEREBY ORDERED** that Plaintiff shall show cause by **May 20, 2026** why this action should not be dismissed without prejudice for failure to prosecute and to comply with a court order.  The filing of a Joint Rule 26(f) Report by the May 20th deadline will be deemed a satisfactory response.  **Failure to timely respond to this Order to Show Cause will result in the dismissal of this action without prejudice for lack of prosecution and failure to comply with a court order.**

**IT IS SO ORDERED.**

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DD |
|---|---|---|