**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

REZA VEISEH,

Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

No. CV 26-1515-DMG (MAAx)

**JUDGMENT**

On September 4, 2026, this Court granted Defendant State Farm General Insurance Company's motion for judgment on the pleadings with leave for Plaintiff Reza Veish to amend and file a First Amended Complaint by September 25, 2026. [Doc. # 32.] In light of Plaintiff's failure to file a First Amended Complaint by September 25, 2026,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff.

DATED: October 7, 2026

Dolly M. Gee

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE